**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01840-BNB

TARA EVE BLACKFEATHER, and
MICAH JAMES BLACKFEATHER,

    Petitioners,

v.

EDWIN FRANCES BLACKFEATHER, and
BUREAU OF INDIAN AFFAIRS (BIA),

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Petitioner Micah James Blackfeather's motion (ECF No. 5) is GRANTED to the extent he requests blank copies of court-approved forms and DENIED without prejudice in all other respects.  The clerk of the court is directed to mail to Petitioner Micah James Blackfeather, together with a copy of this minute order, blank copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint.

Dated:  July 17, 2014