IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01840-LTB

MICAH JAMES BLACKFEATHER,

    Plaintiff,

v.

EDWIN FRANCIS BLACKFEATHER,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 11, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of September, 2014.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk


                                    By: s/ A. García Gallegos
                                        Deputy Clerk